# EXHIBIT A

# REGISTER OF ACTIONS
### CASE NO. J5-CV-20-258398

| | | |
|---|---|---|
| **KAISER KABIR vs. TRANS UNION LLC** | § § § § § | Case Type: **Small Claims**<br>Date Filed: **11/19/2020**<br>Location: **Precinct Five** |

---

#### PARTY INFORMATION

|  |  | Attorneys |
|---|---|---|
| **Defendant** | **TRANS UNION LLC**<br>CRUM LYNNE, PA 19022 | |
| **Plaintiff** | **KABIR, KAISER**<br>AUSTIN, TX 78701 | Pro Se |

---

#### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**
| | |
|---|---|
| 11/19/2020 | **Original Petition (OCA)** |
| 11/19/2020 | **Action** |
| 11/20/2020 | **Citation Issued** |
| 11/20/2020 | **Service** |
| | TRANS UNION LLC        Unserved |

---

#### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| | **Plaintiff** KABIR, KAISER | | |
| | Total Financial Assessment | | 131.00 |
| | Total Payments and Credits | | 131.00 |
| | **Balance Due as of 12/24/2020** | | **0.00** |
| 11/19/2020 | Transaction Assessment | | 131.00 |
| 11/19/2020 | Payment | Receipt # 2020-69981        KABIR, KAISER | (131.00) |

## JUSTICE CIVIL CITATION

THE STATE OF TEXAS

TO: **TRANS UNION LLC**
**2 BALDWIN PLACE**
**1510 CHESTER PIKE**
**CRUM LYNNE PA 19022**

**YOU HAVE BEEN SUED. You may employ an attorney to help you in defending against this lawsuit, but you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.**

**YOUR WRITTEN RESPONSE** to this lawsuit shall be filed in Justice of the Peace, Precinct Five, at 1000 Guadalupe Street Room 117, Austin, Texas 78701.

THE LAW PROHIBITS THE JUDGE & THE CLERKS FROM GIVING LEGAL ADVICE, SO PLEASE DO NOT SEEK SUCH ADVICE FROM THIS OFFICE. ANY QUESTIONS YOU HAVE SHOULD BE DIRECTED TO AN ATTORNEY.

Your cause number is **J5-CV-20-258398**, case styled
**KAISER KABIR, Plaintiff/s vs.**
**TRANS UNION LLC, Defendant/s**
was filed in the Justice Court, Precinct Five, on November 19, 2020.

Issued and given under my hand on November 20, 2020.

Judge Nicholas Chu
Justice of the Peace, Pct. 5
1000 Guadalupe Street #117
Austin, Texas 78701

**Plaintiff / Plaintiff Attorney / Plaintiff Agent (if applicable):**
KAISER KABIR
70 RAINEY #2303
AUSTIN TX 78701
<<<<<SEE PETITION FOR TELEPHONE NUMBER>>>>

---------------------------------------------------OFFICER'S RETURN-------------------------------------------------

Came to the hand on the _____ day of _____, 20____ at _____ o'clock _____. M.
Executed at _____ within County of _____ at _____ o'clock _____. M. on the _____ day of _____, 20_____, by delivering to the within named _____

a true copy of this citation together with the accompanying copy of the petition having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

Constable Pct. 5, Travis County, Texas

To certify which witness my hand officially: _____
SERVICE FEE $_____ _____ of _____ County, Texas
By Deputy _____

MAILED THIS ____ DAY OF **NOV 20 2020**
CARLOS B. LOPEZ
CONSTABLE, PCT 5, TRAVIS COUNTY, TEXAS
BY: _____
DEPUTY



**RECEIVED**
JP5 TRAVIS COUNTY 4:20 pm, Nov 18, 2020

CAUSE NO. __J5-CV-20-258398__

| | | |
|---|---|---|
| <u>KAISER KABIR</u> | § | IN THE JUSTICE COURT |
| PLAINTIFF | § | |
| | § | |
| v. | § | PRECINCT NO. _____ |
| | § | |
| <u>TRANS UNION LLC</u>  § | | |
| DEFENDANT | § | TRAVIS COUNTY, TEXAS |

## PETITION: SMALL CLAIMS CASE

**Defendant(s) address:**

Trans Union LLC
2 Baldwin Place
1510 Chester Pike
Crum Lynne, PA 19022

**COMPLAINT:** The basis for the claim which entitles Plaintiff to seek relief against Defendant is:

<u>Claim 1: False & inaccurate information for 6 accounts (Ed Financial) being reported as Negative when they should be reported as in Good Standing with no late payments. The FCRA statutory damages allow $1000 to be given per violation, which totals 6 in this case, with 1 per account.</u>
<u>Claim 2: I have also spent a significant amount of time on resolving this matter, with the total hours now exceeding 160. My current billable hourly rate for my consulting is $83, which my holding company (KWX) is unable to bill to its child company (KWRI) due to my dealing with this personal matter. This total comes out to ~$16,603 at this point and counting. My ability to bill the child company is paramount to me receiving my performance bonus for work.</u>
<u>Claim 3: I have also been denied a credit limit increase due to this inaccurate information being reported on my account. I asked for a ~$20K increase on a credit card to ~$30K, which was denied.</u>
<u>Claim 4: Failure to investigate and respond in a timely fashion as required by the FCRA. The matter stems from several attempts by myself in which I disputed this inaccurate information multiple times, with the last few attempts receiving no response. I have also sent all documents via certified mail and even included a letter from the original creditor that the account should be in good standing, which was also sent to TransUnion to ensure that they updated their account. I checked my TransUnion report during the beginning of November, however, the inaccurate information on this account still remains. I have kept documentation of all correspondence sent to TransUnion LLC regarding this matter.</u>

**RELIEF:** Plaintiff seeks: damages in the amount of $20,000. Additionally, Plaintiff seeks the following:

<u>Updating of all 6 Ed Financial accounts to remove any negative history and to indicate all accounts paid up to date with no late payments and to ensure that all 6 accounts are listed on the TransUnion Credit report to be in good standing.</u>

**SERVICE OF CITATION:** Service is requested on Defendant(s) by: ☐ personal service at home or work, ☐ registered mail, ☒ certified mail, return receipt requested. If required, Plaintiff requests alternative service as allowed by the Texas Rules of Civil Procedure. Other addresses where Defendant(s) may be served are: _____

☐ I hereby request a jury trial. The fee is $22 and must be paid at least 14 days before trial.

☒ I hereby consent for the answer and any other motions or pleadings to be sent to my email address as follows: <u>kh0486@aol.com</u>

<u>Kaiser Kabir</u>
Plaintiff's Printed Name

Signature of Plaintiff
or Plaintiff's Attorney

**Defendant's Information** (if known):
Date of birth: _____
Last three digits of Driver License: _____
Last three digits of Soc. Sec. No.: _____
Phone No.: 800-888-4213

<u>70 Rainey #2303</u>
Address of Plaintiff
or Plaintiff's Attorney
<u>Austin          TX          78701</u>
City            State           Zip

512-627-1285
Phone & Fax No. of Plaintiff
or Plaintiff's Attorney

**Moncerra Becerra sotelo**

| | |
|---|---|
| **From:** | Homie Kabir <kaiserkabir@gmail.com> |
| **Sent:** | Wednesday, November 18, 2020 3:52 PM |
| **To:** | jp5civil |
| **Subject:** | Petition for Small Claims Case - Kabir Vs. TransUnion |
| **Attachments:** | TransUnion Lawsuit - EdFinancial-signed.pdf |

**CAUTION**: This email is from OUTSIDE Travis County. Links or attachments may be dangerous. Click the Phish Alert button above if you think this email is malicious.

Hello,

Please see the attached petition. I can be reached at 512-627-1285 for the filing fee payment.

Sincerely,
Kaiser Kabir

**RECEIVED**
**JP5 TRAVIS COUNTY 4:20 pm, Nov 18, 2020**

1